IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LEVERT REED III,                :

    Petitioner,              :

vs.                             :          CA 07-0187-WS-C

JERRY L. FERRELL,               :

    Respondent.              :

## JUDGMENT

It is ORDERED, ADJUDGED and DECREED that the present habeas corpus petition be dismissed due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

DONE and ORDERED this 5th day of June, 2007.


                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE